1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FERNANDO CANDELARIO,                    1:09-cv-00089- SMS (HC)

　　　　　　　　Petitioner,
                                        ORDER AUTHORIZING
　　　vs.                                IN FORMA PAUPERIS STATUS

J. HARTLEY,

　　　　　　　　Respondent.
_____/

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:　　January 23, 2009**　　　　　　_____/s/ Sandra M. Snyder_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE